IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEBRASKA

| | | |
|---|---|---|
| JANICE AUGUSTYN, | ) | Case No. 8:08CV405 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEDIATION |
| | ) | CLOSURE NOTICE |
| UNITED STATES OF AMERICA - DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, _Michael G. Mullin_, by and through the undersigned mediator and states to the court as follows:

I.  Mediation in the above-captioned matter was scheduled for _March 24, 2010_.

II. On that date the following occurred:

   A.  All parties mediated in good faith and reached:
       _X_  1)  Agreement On All Issues
       ___  2)  Partial Agreement
       ___  3)  No Agreement

   B.  Evaluation forms handed out to:
       _X_  1.  Participants
       _X_  2.  Attorneys

(Please mail original evaluations to Kathy Griess, Mediation Coordinator, U.S. District Court, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.)

   C.  The parties were unable to mediate because the individual(s) named below either (1) did not attend; (2) did not have authority to settle; (3) attended but refused to participate (Circle the number that applies):

_____ 1 2 3
name

_____ 1 2 3
name

_____ 1 2 3
name

_____ 1 2 3
name

_____ 1 2 3
name

D. The (partial) settlement agreement:
 \_\_\_\_\_ 1) is attached
 \_\_\_\_\_ 2) will be submitted to the court by
 X 3) will not be filed with the court
 \_\_\_\_\_ 4) includes a confidentiality agreement

E. Mediation fees have been paid:
 \_\_\_\_\_ 1) by all parties
 \_\_\_\_\_ 2) by all parties except those below, with the unpaid balance due from each:

3) Will be billed equally to the parties

NOTE: This wrongful death claim requires Court approval of the settlement. Please allow the parties sufficient time to obtain court approval of the settlement by the Lancaster County Court.

Dated this 24th day of March, 2010.

/s/ Michael G. Mullin
Michael G. Mullin, Esq.
Kutak, Rock Law Firm - Omaha
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000