# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANICE AUGUSTYN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CV405 |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA-DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) | |
| Defendant. | ) | |

Upon notice of settlement provided in the March 24, 2010, Mediation Closure Notice (Filing No. 34) by mediator, Michael G. Mullin,

**IT IS ORDERED:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case and provide a copy to the undersigned magistrate judge **on or before May 25, 2010**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 41.1.

DATED this 25th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge