IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANICE AUGUSTYN, Surviving Spouse and Personal Representative of the Estate of DAVID D. AUGUSTYN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 8:08CV405<br><br><br><br><br><br><br><br>**STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and the Defendant and hereby stipulate, agree, and move that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

Executed this 6 day of May, 2010.

JANICE AUGUSTYN, Surviving Spouse and
Personal Representative of the Estate of
DAVID AUGUSTYN, DECEASED, Plaintiff

By: _____
E. TERRY SIBBERNSEN, # 13826
ANDREW D. SIBBERNSEN #22969
SIBBERNSEN & STRIGENZ, P.C.
1111 N. 102nd Court, #330
Omaha, NE 68114
(402) 493-7221
E-mail: eterrysibb@aol.com
       adsibbernsen@excite.com

UNITED STATES OF AMERICA,
Defendant

By: DEBORAH R. GILG
    UNITED STATES ATTORNEY

And: _____
PAUL D. BOESHART, #10365
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3865
(402) 437-5241

CERTIFICATE OF SERVICE

    I hereby certify that on May 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

E. Terry Sibbernsen and Andrew D. Sibbernsen

and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

                                                  s/ Paul D. Boeshart
                                                  PAUL D. BOESHART #10365
                                                  Assistant U.S. Attorney